BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-429-AWI-BAM |
| Plaintiff, | |
| v. | **EX PARTE APPLICATION AND ORDER TO UNSEAL INDICTMENT** |
| CESAR RAMIREZ BAEZ, | |
| Defendant. | |

    The United States of America hereby applies for an order unsealing the indictment in the above-captioned case as there no longer remains a need for the case to be under seal.

                                                                    BENJAMIN B. WAGNER
                                                                    United States Attorney

DATED: December 13, 201                By:    /s/ Yasin Mohammad
                                                                     YASIN MOHAMMAD
                                                                     Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:12-CR-429-AWI-BAM |
| ) Plaintiff, ) | **ORDER UNSEALING INDICTMENT** |
| v. ) | |
| CESAR RAMIREZ BAEZ, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED as there no longer remains a need for the case to be under seal.

IT IS SO ORDERED.

Dated: **December 13, 2012**            **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE