BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:12-CR-429 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION FOR DISMISSAL; |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| CESAR RAMIREZ BAEZ, | ) | |
| Defendant. | ) | |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Melanie L. Alsworth, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against CESAR RAMIREZ BAEZ in the interest of justice.

Dated: March 25, 2013

                              Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Melanie L. Alsworth
                              MELANIE L. ALSWORTH
                              Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:12-CR-429 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| CESAR RAMIREZ BAEZ, | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED in the interest of justice that the indictment against CESAR RAMIREZ BAEZ be dismissed.

IT IS SO ORDERED.

Dated:   March 25, 2013                                    _____
                                                                             SENIOR  DISTRICT JUDGE